# Exhibit B

**Invoices dated on 5/9/2011 and 6/6/2011**

**highlighting time entries for handling litigation activities**

# THOMPSON & KNIGHT LLP
## ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

TAX ID No. 75-2813604
WWW.TKLAW.COM

Page 1
May 9, 2011
Invoice 41374827

SOUTHWEST AIRLINES CO
ATTN SUSANNE SULLIVAN
2702 LOVE FIELD DR
DALLAS, TX 75235

# INVOICE SUMMARY

For Services Rendered Through March 31, 2011

Our Matter #  516441.000008
DEEP SKY SOFTWARE, INC.

| | |
|---|---|
| Fees for Professional Services ............................................................$ | 32,444.00 |
| Reimbursable Costs ............................................................... | 376.49 |
| TOTAL CURRENT DUE FOR THIS MATTER ................................................... $ | 32,820.49 |

Please remit payment within fifteen (15) days

Our Matter #  516441.000008
            DEEP SKY SOFTWARE, INC.

| Date | Description | Timekeeper | Hours | Code |
|---|---|---|---|---|
| 03/01/2011 | Review newly acquired books on Visual Basic; chart additional references in master claim chart; meet with J. Murphy regarding reexam requests; draft preliminary outline of reexam request for '770 patent | J COHEN | 6.70 hrs. | C320 |
| 03/02/2011 | Review additional Visual Basic books and web references; chart MS Help and Netscape Communicator references; study '770 claims for additional Section 112 issues; continue outlining reexam request for the '770 patent | J COHEN | 4.10 hrs. | C320 |
| 03/03/2011 | Prepare specifications for scanning project of production documents at request of J. Cohen | L PAVEL | 0.50 hrs. | L140 |
| 03/03/2011 | Brief review of recently produced documents from Deep Sky; correspond with M. Ciccarelli regarding document production and invalidity contentions; research prosecution history of '770 patent regarding the Excel 97 references; prepare brief memo for M. Ciccarelli regarding same; revise cover pleading; begin preparing prior art references for production | J COHEN | 3.70 hrs. | C320 |
| 03/03/2011 | Update case summary notebook for B. Sostek | C SEDIGHI | 0.20 hrs. | B110 |
| 03/03/2011 | Initial analysis of production from Deep Sky; work on invalidity contentions | M CICCARELLI | 2.80 hrs. | C300 |
| 03/04/2011 | Preliminary analysis of additional production from Deep Sky | M CICCARELLI | 0.40 hrs. | C300 |
| 03/04/2011 | Loaded and processed files to tagged image file format for purpose of OCR; export and load of same to Relativity database | E LEWIS | 0.80 hrs. | L140 |
| 03/04/2011 | Continue to review and prepare prior art references for production; review and revise draft claim chart and cover pleading; draft section on motivation to combine; brief review of newly produced documents from Deep Sky; research issues regarding filing a reexam request while a patent is undergoing reissue; prepare initial draft invalidity contentions for review by M. Ciccarelli | J COHEN | 5.60 hrs. | C320 |
| 03/06/2011 | Review and revise draft claim chart for the '770 patent; draft intro sections of '70 reexam request | J COHEN | 4.30 hrs. | C320 |
| 03/06/2011 | Revise invalidity contentions and provide comments to J. Cohen | M CICCARELLI | 4.70 hrs. | L430 |
| 03/07/2011 | Work on invalidity contentions and reexamination request; communications with S. Cozad regarding production of Southwest.com website | M CICCARELLI | 3.70 hrs. | B110 |
| 03/07/2011 | Meet with M. Ciccarelli regarding draft invalidity contentions; review references and prepare proposed Section 103 combinations; review and revise claim chart and cover pleading; draft prior art and Section 102 section of the reexam request; study '770 prosecution history and cited references; prepare books and prior art for production | J COHEN | 6.80 hrs. | C320 |
| 03/07/2011 | Prepare documents in LAW pre-processing software, quality control documents to ensure document reflects correct bates number, import into Relativity database | L PAVEL | 2.20 hrs. | L140 |
| 03/08/2011 | Loaded electronic documents to database for processing; export and load of same to Relativity database for attorney review; scanned chapters for attorney review; export of scanned set from vendor site and load of same to Relativity database for attorney review | | | |

| Date | Description | Attorney | Hours | Code |
|---|---|---|---|---|
| | | E LEWIS | 2.00 hrs. | L140 |
| 03/08/2011 | Draft, review, and revise reexam request for '770 patent; review and revise claim chart to accompany '770 reexam request; meet with M. Ciccarelli regarding invalidity contentions, reexam requests, and document production regarding Southwest's website; study '047 patent file history; select claims for reexam and primary prior art references; begin draft of claim chart for the '047 patent | J COHEN | 8.70 hrs. | C320 |
| 03/08/2011 | Communications with B. Newcomb regarding document collection | M CICCARELLI | 0.20 hrs. | B110 |
| 03/09/2011 | Prepare '770 reexam request and claim chart for review by M. Ciccarelli; draft claim chart for the '047 patent, including charting the Atlas and Excel for Dummies references; begin draft of '047 reexam request | J COHEN | 8.40 hrs. | C320 |
| 03/09/2011 | Loaded electronic documents to Relativity database for attorney review; modified folder structure for scanned documents; proofed database set against hard copies and correction of load file to complete load | E LEWIS | 2.60 hrs. | L140 |
| 03/10/2011 | Review and revise claim chart for '047 patent, including adding additional support from the references; draft intro section for the '047 reexam request; work with litigation support to prepare documents for production; work with C. Sedighi to finalize invalidity contention cover pleading; correspond with M. Ciccarelli regarding new schedule and plan going forward | J COHEN | 5.70 hrs. | C320 |
| 03/10/2011 | Proofread and correct citations for invalidity contentions per J. Cohen | C SEDIGHI | 2.50 hrs. | B110 |
| 03/11/2011 | Review file e-mails and pleadings; docket deadlines | T MURRELL | 0.50 hrs. | L140 |
| 03/11/2011 | Proofread and correct citations for invalidity contentions per J. Cohen | C SEDIGHI | 1.60 hrs. | B110 |
| 03/15/2011 | Review 8 calendar invitations and confirm dates against docket | T MURRELL | 0.50 hrs. | L140 |
| 03/15/2011 | Proofread and correct preliminary invalidity contentions and citations per J. Cohen | C SEDIGHI | 2.50 hrs. | B110 |
| 03/16/2011 | Proofread and correct preliminary invalidity contentions and citations per J. Cohen | C SEDIGHI | 0.50 hrs. | B110 |
| 03/16/2011 | Review correspondence with M. Ciccarelli; meet with G. Sorden regarding website documents; call with M. Ciccarelli and G. Sorden regarding website docs for production; review and revise preliminary invalidity contention cover pleading | J COHEN | 1.20 hrs. | C320 |
| 03/18/2011 | Review file e-mails for docketing information, docket new deadline | T MURRELL | 0.10 hrs. | L140 |
| 03/22/2011 | Follow up with L. Woods regarding collection of website copies | M CICCARELLI | 0.10 hrs. | L110 |
| 03/23/2011 | Review Patent No. 7,752,326 ('326 patent) for prior art relevance; review references cited by the '326 patent for additional potential prior art references | J COHEN | 0.60 hrs. | C320 |
| 03/24/2011 | Communications with plaintiff's counsel regarding their failure to respond to prior communications | M CICCARELLI | 0.10 hrs. | L190 |
| 03/28/2011 | Analyze settlement proposal from Deep Sky; email to S. Cozad regarding same; respond to Deep Sky's settlement proposal; work with L. Woods to obtain documents for production | M CICCARELLI | 0.90 hrs. | L320 |

| | | | |
|---|---|---|---|
| 03/28/2011 | Search for additional references based on Patent No. 7,752,326 ('326 patent); begin draft of individual claim charts for reexam request for '770 patent | | |
| | J COHEN | 2.40 hrs. | C320 |
| 03/29/2011 | Prepare draft pleading for consent to magistrate; review newly found references; compare references to '770 and '047 claims; revise '770 claim charts to include additional quotations, images, and citations | | |
| | J COHEN | 3.40 hrs. | C320 |
| 03/30/2011 | Revise claim charts for '770 reexam request, including adding and revising quotes from Spaey, Groff, and Marshall references; update draft reexam request to reflect revised citations | | |
| | J COHEN | 2.90 hrs. | C320 |
| 03/31/2011 | Review and revise draft reexam request for the '770 patent and appendices A and B and prepare same for further review by M. Ciccarelli; update appendix C (claim chart for Groff, Marshall, and Netscape references); update magistrate consent form | | |
| | J COHEN | 3.40 hrs. | C320 |

Fees for Professional Services .................................................................................. $ 32,444.00

### Summary of Fees

| Name | Title | Hours | Rate/Hr | Amount |
|---|---|---|---|---|
| CICCARELLI, M | PARTNER | 12.90 | $ 530.00 | $ 6,837.00 |
| COHEN, J | ASSOCIATE | 67.90 | 345.00 | 23,425.50 |
| MURRELL, T | PARALEGAL | 1.10 | 210.00 | 231.00 |
| SEDIGHI, C | PARALEGAL | 7.30 | 110.00 | 803.00 |
| PAVEL, L | LEGAL SUPPORT | 2.70 | 155.00 | 418.50 |
| LEWIS, E | LEGAL SUPPORT | 5.40 | 135.00 | 729.00 |

### Reimbursable Costs

| | | | |
|---|---|---|---|
| 02/25/2011 | Copies - VENDOR: Justin Cohen copies of prior art | $ | 190.87 |
| | Copy Charges | | 4.50 |
| | Local Courier Charges | | 61.19 |
| | Electronic Research | | 60.73 |
| | Reprographics | | 59.20 |

Total Reimbursable Costs ................................................................................. $ 376.49

CURRENT FEES AND COSTS FOR THIS MATTER ................................................................ $ 32,820.49

TOTAL CURRENT DUE FOR THIS MATTER ........................................................................ $ 32,820.49

# THOMPSON & KNIGHT LLP
ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
www.tklaw.com

AUSTIN
DALLAS
FORT WORTH
HOUSTON
LOS ANGELES
NEW YORK
ALGIERS
LONDON
MEXICO CITY
MONTERREY
PARIS

TAX ID No. 75-2813604
WWW.TKLAW.COM

Page 1
June 6, 2011
Invoice 41377869

SOUTHWEST AIRLINES CO
ATTN SUSANNE SULLIVAN
2702 LOVE FIELD DR
DALLAS, TX 75235

# INVOICE SUMMARY

For Services Rendered Through April 30, 2011

Our Matter #  516441.000008
   DEEP SKY SOFTWARE, INC.

| | |
|---|---|
| Fees for Professional Services ............................................................$ | 44,536.00 |
| Reimbursable Costs ............................................................................ | 18,570.42 |
| TOTAL CURRENT DUE FOR THIS MATTER ................................................... $ | 63,106.42 |

Please remit payment within fifteen (15) days

Our Matter #  516441.000008
DEEP SKY SOFTWARE, INC.

| Date | Description | Timekeeper | Hours | Code |
|---|---|---|---|---|
| 04/01/2011 | Meet with M. Ciccarelli, G. Sorden, and litigation support to discuss production of website documents; finalize draft appendix C claim chart for further review by M. Ciccarelli; draft appendix A claim chart for '047 reexam request; draft preliminary sections of '047 reexam request; research 10K filings by Mediware for additional references to J. Gorman and his companies Glace and Deep Sky | J COHEN | 4.60 hrs. | C320 |
| 04/01/2011 | Meet with litigation support to discuss production of data received from Southwest | M CICCARELLI | 0.20 hrs. | L320 |
| 04/01/2011 | Research to locate for J. Cohen copies of Annual Form 10Ks from 2003 to the present year of a specified company | C PINCUMBE | 1.00 hrs. | C200 |
| 04/02/2011 | Review and revise reexamination request; forward consent to try case before Magistrate Judge to S. Cozad | M CICCARELLI | 1.50 hrs. | L120 |
| 04/03/2011 | Review and revise draft reexam request and claim charts for the '770 patent in preparation for further review by J. Murphy | J COHEN | 1.40 hrs. | C320 |
| 04/04/2011 | Meet with M. Ciccarelli regarding draft reexam requests, use of software and screen shots, and adding additional claim charts; correspond with J. Murphy regarding draft reexam requests; meet with M. Ciccarelli and J. Murphy to review draft reexam request for '770 patent; prepare new claim charts for '770 patent per M. Ciccarelli; locate and order Windows 95 software; work with litigation support to prepare for production of prior art and software | J COHEN | 8.60 hrs. | C320 |
| 04/04/2011 | Review request; advise J. Cohen on citing references in reexam; review request with J. Cohen and M. Ciccarelli | J MURPHY | 2.70 hrs. | P280 |
| 04/04/2011 | Load electronic documents to LAW database for processing; convert native files to tagged image file format for purpose of OCR; export of same and load to Relativity database | E LEWIS | 2.10 hrs. | L140 |
| 04/04/2011 | Conference with J. Cohen and E. Lewis regarding scope and details of upcoming production | L PAVEL | 0.40 hrs. | L140 |
| 04/04/2011 | Meet with J. Cohen regarding reexamination requests; review and revise reexamination requests | M CICCARELLI | 6.10 hrs. | L250 |
| 04/05/2011 | Assist J. Cohen with reexamination requests and in gathering and organizing prior art for including in reexamination | M CICCARELLI | 2.70 hrs. | L110 |
| 04/05/2011 | Analyze and locate prior art versions of Microsoft Office and Visual Basic for inclusion in Southwest's Invalidity Contentions. | G SORDEN | 4.50 hrs. | L320 |
| 04/05/2011 | Export and modify requested PDF section per attorney request; electronically endorse and export initial production set | E LEWIS | 2.60 hrs. | L140 |
| 04/05/2011 | Review revised request for reexam | J MURPHY | 1.70 hrs. | P280 |

| Date | Description | Timekeeper | Hours | Code |
|---|---|---|---|---|
| 04/05/2011 | Draft additional reexam claim charts based on MS Help Authoring Kit and Mastering Excel 97 and Visual Basic; update preliminary invalidity contentions pleading with newly found prior art; organizing prior art sections for reexam requests; work with IT to install Windows 95 on virtual PC to obtain screen shots of MS Help from Windows 95 | J COHEN | 6.80 hrs. | C320 |
| 04/06/2011 | Analyze and locate prior art Microsoft software for inclusion in Southwest's Invalidity Contentions; (3.8) Analyze and track delivery estimated for the various Microsoft prior art software items needed for inclusion into Southwest's Invalidity Contentions; (1.3) | G SORDEN | 5.10 hrs. | L320 |
| 04/06/2011 | Work on invalidity contentions and reexam request (work with G. Sorden to collect prior art for disclosure on April 8; communications with J. Cohen regarding substantive invalidity arguments | M CICCARELLI | 0.80 hrs. | L190 |
| 04/06/2011 | Prepare screen shots demonstrating Windows 95 Help program and help files using Virtual PC; review and revise appendices A-C for '047 reexam request; begin Appendix D for '047 reexam request - new claim chart based on MS Help and Groff | J COHEN | 6.50 hrs. | C320 |
| 04/07/2011 | Update '770 reexam request claim chart with new MS Help screen shots; revise and finalize '770 reexam request based on comments from M. Ciccarelli and J. Murphy; draft appendices D-G for '047 reexam request (claim charts based on MS Help in view of Groff, Mastering Excel 97 in view of VB Source Code and Groff); update '047 reexam request based on new claim charts | J COHEN | 8.70 hrs. | C320 |
| 04/07/2011 | Review and revise reexamination requests | M CICCARELLI | 2.30 hrs. | L190 |
| 04/07/2011 | Analyze Microsoft software to be included into Southwest's invalidity contentions including locating software license codes (2.3); | G SORDEN | 2.30 hrs. | L320 |
| 04/07/2011 | Prepare paperwork and documents for the Inter Partes Reexams regarding Patent No. 6,738,770 and Patent No. 7,370,047 | K NEWGENT | 1.90 hrs. | P400 |
| 04/07/2011 | Extract file from FTP for loading to Relativity database; load documents to relativity database | E LEWIS | 0.80 hrs. | L140 |
| 04/07/2011 | Review reexam package | J MURPHY | 1.70 hrs. | P280 |
| 04/07/2011 | Review and prepare documents for conversion to tiff images, provide specifications of scanning to tiff to Teris | L PAVEL | 0.50 hrs. | L140 |
| 04/08/2011 | Assist J. Cohen to finalize reexam packages | J MURPHY | 3.10 hrs. | P280 |
| 04/08/2011 | Review, revise, and finalize reexam requests for the '770 and '047 patents; prepare PTO forms and prior art to accompany reexam requests; review, revise, and finalize the preliminary invalidity contentions for service; work with litigation support on document production; work with J. Murphy to review reexam requests for completeness, accuracy, and PTO rules and procedures | J COHEN | 7.80 hrs. | C320 |
| 04/08/2011 | Load scanned documents to Relativity database; re-image documents that error during production; electronically number and endorse documents for production; export and duplication of same to media | E LEWIS | 4.70 hrs. | L320 |
| 04/08/2011 | Analyze Microsoft software programs for inclusion into Southwest's invalidity contentions (1.3); | G SORDEN | 1.30 hrs. | L320 |
| 04/08/2011 | Work on finalizing invalidity contentions and reexam requests | M CICCARELLI | 2.50 hrs. | L190 |

| Date | Description | Timekeeper | Hours | Code |
|---|---|---|---|---|
| 04/11/2011 | Correspond with M. Ciccarelli regarding issues with delivering packages to opposing counsel; correspond with opposing counsel R. Boggs regarding same; prepare electronic copies of preliminary invalidity contentions and reexamination requests for email to opposing counsel | J COHEN | 0.80 hrs. | B110 |
| 04/11/2011 | Assist J. Cohen with mail delivery problems at the offices of Plaintiff's counsel and strategy in light of same | M CICCARELLI | 0.20 hrs. | L190 |
| 04/12/2011 | Update to S. Cozad | M CICCARELLI | 0.10 hrs. | L190 |
| 04/14/2011 | Status conference with Judge Bencivengo to address status of case, filing of reexams, request to stay, and continued stay until motion to stay is ruled on | M CICCARELLI | 0.70 hrs. | L120 |
| 04/14/2011 | Review file e-mail for docketing information and content | T MURRELL | 0.10 hrs. | L140 |
| 04/14/2011 | Meet with M. Ciccarelli regarding status of case and preparation of a motion to stay the case; organize materials for motion to stay | J COHEN | 0.50 hrs. | B110 |
| 04/15/2011 | Research factors affecting motions to stay in Southern District of California and Ninth Circuit; prepare initial draft motion to stay | J COHEN | 1.30 hrs. | L250 |
| 04/18/2011 | Work with M. Ciccarelli to respond to notice of incomplete reexam request; organize electronic versions of reexam request documents for service; prepare draft motion to stay for further review by M. Ciccarelli | J COHEN | 3.40 hrs. | L250 |
| 04/18/2011 | Attend to supplementation of '770 reexam request; follow-up on '047 request for potential reservice of reexam request | J MURPHY | 5.10 hrs. | P280 |
| 04/18/2011 | Prepare paperwork and documents to the Notice of Failure to Comply with the Trademark Office regarding the Inter Partes Reexamination of U.S. Patent 6,738,770 | K NEWGENT | 4.00 hrs. | P280 |
| 04/18/2011 | Review patent office communication regarding reexam request for 770 patent; email to J. Murphy regarding responding to same; report to S. Cozad regarding status conference last week; communications with J. Cohen regarding drafting of motion to stay; assist J. Murphy with response to patent office request | M CICCARELLI | 2.90 hrs. | B120 |
| 04/19/2011 | Revise paperwork and documents and attend to filing the response to the Notice of Failure to Comply with the U.S. Patent and Trademark Office regarding the Inter Partes Reexamination of U.S. Patent 6,738,770 | K NEWGENT | 1.50 hrs. | P280 |
| 04/19/2011 | Supplementing reexamination requests per USPTO | J MURPHY | 2.70 hrs. | P280 |
| 04/19/2011 | Calendar new deadlines on docket | T MURRELL | 0.10 hrs. | L140 |
| 04/25/2011 | Format Notice of Failure to Comply response to PDF document for U.S. Patent 6,738,770; prepare paperwork and documents to the Notice of Failure to Comply with the Trademark Office regarding the U.S. Patent 7,370,047 Inter Partes Reexamination | K NEWGENT | 2.50 hrs. | P280 |

| Date | Description | Hours | Code |
|---|---|---|---|
| 04/25/2011 | Meet with M. Ciccarelli regarding reexam requests and motion to stay; respond to notice of incomplete reexam request for the '047 reexam by drafting a response, revising reexam request, revising transmittal documents, and organizing references to serve on the attorney of record to comply with PTO requirements; review PTO rules regarding merging and staying concurrent proceedings; review and send revised reexam requests to the PTO and attorney of record for the '047 patent<br>J COHEN | 3.70 hrs. | C320 |
| 04/25/2011 | Meet with J. Cohen regarding reexamination requests (checking on status and insuring that the PTO has received them and is working on them, and checking on status of supplemental documents sent to PTO last week regarding the 770 request)<br>M CICCARELLI | 0.70 hrs. | L120 |
| 04/27/2011 | Draft status update for S. Cozad and Southwest team<br>M CICCARELLI | 0.20 hrs. | L190 |
| 04/27/2011 | Correspond with opposing counsel regarding delivery of preliminary invalidity contentions and reexamination requests<br>J COHEN | 0.30 hrs. | B110 |

Fees for Professional Services .................................................................................. $ 44,536.00

### Summary of Fees

| Name | Title | Hours | Rate/Hr | Amount |
|---|---|---|---|---|
| CICCARELLI, M | PARTNER | 20.90 | $ 530.00 | $ 11,077.00 |
| COHEN, J | ASSOCIATE | 54.40 | 345.00 | 18,768.00 |
| SORDEN, G | ASSOCIATE | 13.20 | 315.00 | 4,158.00 |
| MURPHY, J | COUNSEL | 17.00 | 430.00 | 7,310.00 |
| MURRELL, T | PARALEGAL | 0.20 | 210.00 | 42.00 |
| NEWGENT, K | PARALEGAL | 9.90 | 155.00 | 1,534.50 |
| PAVEL, L | LEGAL SUPPORT | 0.90 | 155.00 | 139.50 |
| LEWIS, E | LEGAL SUPPORT | 10.20 | 135.00 | 1,377.00 |
| PINCUMBE, C | ADMIN SUPPORT | 1.00 | 130.00 | 130.00 |

### Reimbursable Costs

| Date | Description | Amount |
|---|---|---|
| 04/04/2011 | Copies - VENDOR: Justin Cohen Copy with Microsoft Windows software w/expedited shipping | $ 40.11 |
| 04/05/2011 | Other Charges - VENDOR: Gary Sorden Fee for Microsft Visual Basic 5.0 Professional Edition, Enterprise 4.0.,6.0 Learning Edition, 2000 Professional Full Version, 97 Professional, Microsoft Office 97 | $ 498.18 |
| 04/11/2011 | Other Charges - VENDOR: Commissioner of Patents and Trademarks - Request for Inter Partes Reexamination, Seq# 6 Ref# 95000625, 4/11/11 | $ 8,800.00 |
| 04/11/2011 | Other Charges - VENDOR: Commissioner of Patents and Trademarks - Request for Inter Partes Reexamination, Seq# 7 Ref# 95000626, 4/11/11 | $ 8,800.00 |
| 04/28/2011 | Other Charges - VENDOR: Justin Cohen Software purchase | $ 49.95 |
| | Copy Charges | 84.90 |
| | Data Storage Charges | 43.11 |
| | Delivery Charges | 41.08 |
| | Local Courier Charges | 73.36 |

| | |
|---|---:|
| Postage Charges | 136.73 |
| Reprographics | 3.00 |
| Total Reimbursable Costs | $ 18,570.42 |
| CURRENT FEES AND COSTS FOR THIS MATTER | $ 63,106.42 |
| TOTAL CURRENT DUE FOR THIS MATTER | $ 63,106.42 |